UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA TORRES,<br><br>    Plaintiff,<br> vs.<br><br>FREDERICK J. HANNA &<br>ASSOCIATES, P.C.,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 11-2027 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 5.) |

  Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 13, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

  This Court VACATES all pending dates and matters, including the April 17, 2012 scheduling conference.

  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated: December 29, 2011**     /s/ Lawrence J. O'Neill
                      UNITED STATES DISTRICT JUDGE