# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA TORRES, | CASE NO. CV F 11-2027 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 7.) |
| vs. | |
| FREDERICK J. HANNA & ASSOCIATES, PC, | |
| Defendant. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

Dated:   January 31, 2012           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1