IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA TORRES,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FREDERICK J. HANNA<br>& ASSOCIATES, PC,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-2027 LJO SKO<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 7.) |

　　　　Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

　　　　1.　　DISMISSES this action with prejudice;

　　　　2.　　VACATES all pending matters and dates; and

　　　　3.　　DIRECTS the clerk to close this action.


　　　　IT IS SO ORDERED.

**Dated:   January 31, 2012** 　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1